UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY E. LYONS, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1635 |
| WELLS FARGO BANK, N.A., | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss for Failure to State a Claim (Doc. #11), and Magistrate Judge Stacy's Memorandum and Recommendation (Doc. #15) that the Court grant the Movant's motion. Plaintiff Larry E. Lyons neither responded to the motion to dismiss nor did he object to the Memorandum and Recommendation. Thus, under Local Rule 7.4, the motion and memorandum are deemed unopposed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Lyons failed to state a claim for which relief may be granted, Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 15) **ADOPTED**. Defendant Wells Fargo Bank's Motion to Dismiss (Doc.11) is **GRANTED**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this 13 day of August, 2018.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE